Case 3:22-cr-00069-●●●W *SEALED*   Document 23   Filed ●●/21/22   Page 1 of 2

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

REC'D USMS-FARGO, ND
'22 APR 21 AM 10:30

| United States of America | ) |
| v. | ) |
| | ) Case No. 3:22-cr-00069 |
| Ethmonia Korlu Barclay, | ) |
| a/k/a Kush, a/k/a Auntie | ) |
| | ) |
| | ) |
| Defendant | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

   YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Ethmonia Korlu Barclay, a/k/a Kush, a/k/a Auntie,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute and Distribute a Controlled Substance
Forfeiture Allegation

Date:   04/21/2022                             /s/ Pamela Bloomquist-Burman
                                                *Issuing officer's signature*

City and state:   Fargo, ND                    Pamela Bloomquist-Burman, Deputy Clerk
                                                *Printed name and title*

### Return

This warrant was received on *(date)* 4/21/2022, and the person was arrested on *(date)* 4/26/2022
at *(city and state)* Fargo, ND

Date: 04-27-2022
                                                *Arresting officer's signature*

                                                Nick Bradt  ATF Special Agent
                                                *Printed name and title*